**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER KENYON,

        Plaintiff,

  v.

DR. JULIAN GUTIERREZ, *et al*.,

        Defendants.

No. 4:24-CV-00426

(Chief Judge Brann)

## ORDER

**AND NOW**, this 23rd day of April 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Defendant M. Gourley's unopposed motion (Doc. 72) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2.    The Clerk of Court is directed to enter judgment in favor of Gourley and against plaintiff Christopher Kenyon as to the remaining Section 1983 claim of First Amendment retaliation.

3.    The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge