AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Christopher Kenyon | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No.  4:24-CV-00426 |
| M. Gourley | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Judgment is entered in favor of Gourley and against plaintiff Christopher Kenyon as to the remaining
Section 1983 claim of First Amendment retaliation.
.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Matthew W. Brann _____   on
Order granting Motion for Summary Judgment (doc. 76)
.

Date:   April 23, 2026 _____

CLERK OF COURT

*Emily C. Aikey*
_____
*Signature of Clerk or Deputy Clerk*